# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _____ & TITLE - IN RE: _____

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

    This party's parent, subsidiary and other affiliate corporations are listed below (for affiliates, briefly describe nature of affiliation; attach separate document if necessary)

    The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

    The following publicly-held corporation(s), although not parties to the matter, have a financial interest in the outcome of the matter (e.g., by reason of insurance, a franchise agreement, or an indemnity agreement). Briefly describe the nature of the interest. (Note: parent, subsidiary, or affiliate corporations of a publicly-held corporation that falls within this category need not be disclosed.)

**OR**

    This party does not have any parent, subsidiary or affiliate corporations; no publicly-held corporation owns 10% or more of the party's stock; and no publicly-held corporation has a financial interest in the outcome of the matter.

_____     _____
    Signature of Attorney                                                    Name of Firm

_____     _____
    Address                                                                             City/State/Zip Code

Date _____

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

**EXHIBIT A**

| Case Name | Jurisdiction | Case No. |
|---|---|---|
| Unified Messaging Solutions LLC v. Facebook, Inc., et al | Eastern District of Texas | 6:11-cv-120 |
| Unified Messaging Solutions LLC v. Google Inc., et al | Eastern District of Texas | 6:11-cv-464 |
| Unified Messaging Solutions LLC v. Intuit Inc., et al | Eastern District of Texas | 6:12-cv-00085 |
| Unified Messaging Solutions LLC v. American Airlines | Eastern District of Texas | 6:11-cv-653 |
| Unified Messaging Solutions, LLC v. Ameren Corporation | Eastern District of Missouri | 4:12-cv-367 |
| Unified Messaging Solutions, LLC v. CareerBuilder, LLC | Northern District of Illinois | 1:12-cv-1486 |
| Unified Messaging Solutions, LLC v. Commerce Bancshares, Inc. | Eastern District of Missouri | 4:12-cv-368 |
| Unified Messaging Solutions, LLC v. Discover Financial Services | Northern District of Illinois | 1:12-cv-1487 |
| Unified Messaging Solutions, LLC v. Groupon, Inc. | Northern District of Illinois | 1:12-cv-1488 |
| Unified Messaging Solutions, LLC v. Laclede Gas Company | Eastern District of Missouri | 4:12-cv-369 |
| Unified Messaging Solutions, LLC v. Northern Illinois Gas Company | Northern District of Illinois | 1:12-cv-1494 |
| Unified Messaging Solutions, LLC v. Orbitz, LLC | Northern District of Illinois | 1:12-cv-1489 |
| Unified Messaging Solutions, LLC v. Scottrade, Inc. | Eastern District of Missouri | 4:12-cv-370 |
| Unified Messaging Solutions, LLC v. Southwest Airlines Co. | Northern District of Illinois | 1:12-cv-1490 |
| Unified Messaging Solutions, LLC v. Sprint Nextel Corporation | Eastern District of Missouri | 4:12-cv-371 |
| Unified Messaging Solutions, LLC v. UBS Financial Services, Inc. | Northern District of Illinois | 1:12-cv-1491 |

| | | |
|---|---|---|
| Unified Messaging Solutions, LLC v. United Air Lines, Inc. | Northern District of Illinois | 1:12-cv-1492 |
| Unified Messaging Solutions, LLC v. Walgreen Co. | Northern District of Illinois | 1:12-cv-1493 |
| Unified Messaging Solutions LLC v. Avid Life Media, Inc. | Eastern District of Texas | 6:12-cv-00288 |
| Unified Messaging Solutions LLC v. Cupid, PLC | Eastern District of Texas | 6:12-cv-00290 |
| Unified Messaging Solutions LLC v. Plentyoffish Media, Inc. | Eastern District of Texas | 6:12-cv-00289 |