Case: ILN/1:13-cv-06143 Document #: 1 Filed: 06/17/14 Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |  |
|---|---|---|---|
| IN RE: | UNIFIED MESSAGING SOLUTIONS LLC PATENT LITIGATION | ) ) ) ) ) ) ) ) | Case No: 12 C 6286  Judge Joan H. Lefkow |

## ORDER

Judgment is entered in favor of defendants on all of plaintiffs' claims of infringement of the patents-in-suit and on defendants' counterclaims for declaratory judgment of non-infringement. Plaintiff's claims of infringement are hereby dismissed with prejudice. Defendants' counterclaims regarding invalidity and unenforceability of the patents-in-suit are dismissed without prejudice. See Final Order of Infringement for more detail. All pending motions are denied as moot. Civil case terminated.

Date:   June 13, 2014
_____
U.S. District Judge Joan H. Lefkow